# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THOMAS SYLIANOS, JR. and DANIEL DEM, | ) |
| Plaintiffs, | ) |
| v. | ) C.A. No. 1:20-cv-11127-IT |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICE, | ) |
| *Defendant.* | ) |

## DEFENDANT'S PARTIALLY-ASSENTED TO MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant, U.S. Citizen and Immigration Service (USCIS), requests that the Court grant it an extension of time to respond to the Complaint. This Freedom of Information Act case requests that USCIS produce documents related to Plaintiff's client, Daniel Dem. The requested documents do not lie within any of the USCIS files under the name of Daniel Dem. Under the circumstances, USCIS is attempting to locate the files requested and to consider whether, considering they relate to another individual, they are releasable to Plaintiff. USCIS requests an extension of time to August 16, 2020, which would be sixty days after the filing of the Complaint.

Plaintiff assents to an extension to July 24, 2020. Defendant suggests that an extension to August 16, 2020, will not prejudice Plaintiff or the proceedings of the Court.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:   */s/ Anita Johnson*
ANITA JOHNSON
Assistant United States Attorney
United States Attorney's Office

John Joseph Moakley U.S. Courthouse
One Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3266
Anita.Johnson@usdoj.gov

CERTIFICATE OF SERVICE AND RULE 7.1 CONFERENCE

I hereby certify that this document will be filed through the electronic filing system of the Court, which system will serve Plaintiff pro se, and that I consulted with Plaintiff and he assented to an extension until July 24, 2020, on this 17th day of July 2020.

*/s/ Anita Johnson*
Assistant United States Attorney