UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

CIVIL ACTION NO.: 1:20-CV-11127-IT

| | |
|---|---|
| THOMAS STYLIANOS, JR., | |
| And | |
| DANIEL DEM | |
| *Plaintiffs* | |
| v. | Agency File #s:APP2020000888, (Appeal) |
| | NRC2020009841 (Original FOIA) |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE | |
| *Defendant* | |

PLAINITFFS' MOTION FOR SUMMARY JUDGMENT

The plaintiffs move that the Court enter summary judgment for the plaintiffs, on the grounds that there are no genuine issues of material fact and the plaintiffs are entitled to judgment on the undisputed facts as a matter of law.

The Plaintiffs incorporate by reference the Statement of Material Facts, and Memorandum of Law in Support of Motion for Summary Judgment filed herewith.

THOMAS STYLIANOS, JR.,
DANIEL DEM
By their attorney

/s/Thomas Stylianos, Jr.

Thomas Stylianos, Jr.
BBO# 565941
287 Appleton Street
Lowell, MA 01852
(978) 459-5000  Phone
(978) 459-3079  Fax
Tom@Thomasinlowell.com

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify that I contacted Defendants' attorney, who opposes this motion.

Dated: August 18, 2020 /s/ *Thomas Stylianos, Jr.*

Thomas Stylianos, Jr.

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served electronically via the *CM/ECF* notification system on those registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: August 18, 2020 /s/ *Thomas Stylianos, Jr.*

Thomas Stylianos, Jr.