UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

CIVIL ACTION NO.: 1:20-CV-11127-IT

THOMAS STYLIANOS, JR.,    |

And    |

DANIEL DEM    |
    *Plaintiffs*    |

*v.*    |    Agency File #s:APP2020000888, (Appeal)
    |    NRC2020009841 (Original FOIA)

UNITED STATES CITIZENSHIP    |
AND IMMIGRATION SERVICE    |
    *Defendant*    |

STATEMENT OF UNDISPUTED FACTS

The Plainitiffs submit the following Statement of Undisputed Facts in connection with their

Motion for Summary Judgment:

1.  The plaintiff Daniel Dem filed an I-130 petition for Alien Relative with the defendant

    USCIS, for the benefit of Narong Iv, who was then his wife. Admitted in Defendant's

    Answer, paragraph 6 and paragraph 12, where USCIS admits possessing the requested

    documents.

2.  As supporting documentation for the I-130 petition at issue, Daniel Dem filed a copy of the

    marriage certificate for the marriage between himself and Ms. Iv. Admitted in Defendant's

    Answer, paragraph 6 and paragraph 12, where USCIS admits possessing the requested

    documents.

3.  The plaintiff Thomas Stylianos, Jr., acting as attorney for Daniel Dem, filed a Freedom of

    Information Act request with USCIS, seeking a copy of the marriage certificate and a copy of

the first page of the I-130 petition filed by Daniel Dem. Admitted in Defendant's Answer in numbered paragraph 6.

4. A copy of the FOIA request by Thomas Stylianos is attached hereto as Exhibit A, and incorporated by reference. See Exhibit A.

5. The FOIA request was submitted on a form promulgated by USCIS, and included Daniel Dem's full name, address, Alien Registration Number and other identifying information. See Exhibit A, and Defendant's Answer, paragraph 6.

6. The FOIA request clearly disclosed that Thomas Stylianos, Jr. was submitting the FOIA request on Mr. Dem's behalf as Mr. Dem's attorney. See Exhibit A, page 1, box 2a.

7. USCIS received the FOIA request, and acknowledged receipt of the same by letter dated January 13, 2020. Admitted in Defendant's Answer, paragraph 8. See Exhibit B attached hereto and incorporated by reference.

8. By letter dated March 2, 2020 USCIS notified Thomas Stylianos, Jr. that it could not locate any records responsive to the FOIA request. Admitted in Defendant's Answer, paragraph 10.

9. Plaintiff Thomas Stylianos, Jr. submitted a timely administrative appeal, which was received by USCIS. Admitted in Defendant's Answer, paragraph 12.See Exhibit C attached hereto and incorporated by reference.

10. By letter dated June 3, 2020, USCIS affirmed its previous denial of the FOIA request. However, the denial was not upheld on the same grounds as the previous denial, which was based on not having responsive records. On appeal, USCIS conceded that it had responsive records, and that it had filed them in the beneficiary's alien file. Admitted in Defendant's Answer, paragraph 12. See Exhibit D, attached hereto and incorporated by reference.

11. This action for judicial review of the administratively final decision on the FOIA request was timely filed upon receipt of the decision on the Plaintiffs' administrative appeal.

THOMAS STYLIANOS, JR.,
DANIEL DEM
By their attorney

/s/Thomas Stylianos, Jr.

Thomas Stylianos, Jr.
BBO# 565941
287 Appleton Street
Lowell, MA 01852
(978) 459-5000  Phone
(978) 459-3079  Fax
Tom@Thomasinlowell.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served electronically via the *CM/ECF* notification system on those registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: August 18, 2020                    */s/ Thomas Stylianos, Jr.*

Thomas Stylianos, Jr.