UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

CIVIL ACTION NO.: 1:20-CV-11127-IT

| | |
|---|---|
| THOMAS STYLIANOS, JR., | |
| And | |
| DANIEL DEM | |
| *Plaintiffs* | |
| *v.* | Agency File #s:APP2020000888, (Appeal) |
| | NRC2020009841 (Original FOIA) |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE | |
| *Defendant* | |

SCHEDULING CONFERENCE MEMORANDUM

**1. Joint Statement**   The parties having conferred, the following joint statement is proffered to the Court:

Preliminary statement: This case presents no material issues of fact. This is a FOIA case in which the plaintiffs seek two documents which are in the possession, custody or control of the defendants.  The first is a copy of a marriage certificate, evidencing the marriage of Daniel Dem and Narong Iv, which was submitted to USCIS by the plaintiff Daniel Dem in connection with an unsuccessful petition for an alien relative.  Ms. Iv was the intended beneficiary of that petition.  The second document is a copy of the first page of the petition filed by Mr. Dem for Ms. Iv.  The government asserts that the documents are exempt from disclosure under the exemption set out at 5 U.S.C. §552(b)(6) as "personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion" of Ms. Iv's personal privacy. The allegations in the plaintiffs' Complaint which were admitted by the defendant from the operative facts, and there are no material facts in dispute.

a. **Joint Discovery Plan**.  There is no need for fact discovery. This case presents only questions of law, and there is no need for expert opinion.  There is no need for expert discovery. The Court's scheduling order should close discovery as of the date of the scheduling conference.

b. **Settlement Proposals**. The plaintiff's settlement demand was for disclosure of the two requested documents, and payment of EAJA act attorney's fees accrued to date. The Defendant does not agree to the proposal.

c. **Initial Disclosures**.
    1. Individuals having discoverable information regarding disputed facts.  There are no disputed facts.
    2. Documents relevant to disputed facts.  There are no disputed facts.

d. **Pending Motions**.  The plaintiffs filed a Motion for Summary Judgment on August 21, 2020.  The defendants' reply to the summary judgment motion is due September 11, 2020.  The defendants have stated that intend to file a cross motion for summary judgment, presumably as part of their response to the summary judgment motion filed by the plaintiffs.  There are no other motions now pending.  There are no other motions which the parties intend to file.

e. **Referral to a Magistrate Judge**.  The plaintiffs do not assent to trial before a Magistrate Judge.

F. **Certification.**  Each party and their respective counsel have conferred with a view to establishing a budget for conducting the full course and various alternative course of the litigation and to consider resolution through the use of alternative dispute resolution programs.

                      THOMAS STYLIANOS, JR.,
                      DANIEL DEM
                      By their attorney

                      /s/Thomas Stylianos, Jr.

                      Thomas Stylianos, Jr.
                      BBO# 565941
                      287 Appleton Street
                      Lowell, MA 01852
                      (978) 459-5000  Phone
                      (978) 459-3079  Fax
                      Tom@Thomasinlowell.com

                      ANDREW E. LELLING
                      United States Attorney
                      */s/ Anita Johnson*
                      Anita Johnson
                      Assistant U.S. Attorney
                      Moakley U.S. Courthouse Suite 9200
                      One Courthouse Way
                      Boston MA 02210
                      617-748-3266
                      Anita.johnson@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served electronically via the *CM/ECF* notification system on those registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: September 2, 2020                             /s/ *Thomas Stylianos, Jr.*

                                                                          Thomas Stylianos, Jr.