# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THOMAS SYLIANOS, JR. and DANIEL DEM, | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) C.A. No. 1:20-cv-11127-IT |
| v. | ) |
|  | ) |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICE, | ) |
|  | ) |
| *Defendant.* | ) |

## DEFENDANT'S MOTION FOR EXTENSION
## OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Defendant, U.S. Citizen and Immigration Service (USCIS), requests that the Court grant it an extension of two weeks to respond to Plaintiffs' Motion for Summary Judgment. Defendant requests that its response date be extended from September 11, 2020, to September 25, 2020. Defendant expects to file its dispositive motion at the time that it files its response to Plaintiffs' Motion.

This Freedom of Information Act case requests that USCIS produce documents related to Plaintiff Stylianos's client, Plaintiff Daniel Dem. The requested documents do not lie within any of the USCIS files under the name of Daniel Dem and it appears that the documents are held in the name of another individual. Under the circumstances, USCIS is in the process of considering whether, under the circumstances, they are releasable to Plaintiffs without the consent of the other individual. The additional time requested for USCIS' response is necessary for USCIS counsel and FOIA staff to investigate and reach a considered judgment on the request, at a time when FOIA staff has been overwhelmed with FOIA requests and informs the undersigned that they are unable to provide an earlier response. In addition, the extension would

provide additional time to resolve the dispute, if possible. USCIS does not anticipate any further requests for additional time to respond.

Defendant suggests that an extension to September 25, 2020, will not prejudice Plaintiffs or the proceedings of the Court.

        Respectfully submitted,

        ANDREW E. LELLING
        United States Attorney

By:   */s/ Anita Johnson*
        ANITA JOHNSON
        Assistant United States Attorney
        United States Attorney's Office
        John Joseph Moakley U.S. Courthouse
        One Courthouse Way - Suite 9200
        Boston, MA 02210
        (617) 748-3266
        Anita.Johnson@usdoj.gov

CERTIFICATE OF SERVICE AND RULE 7.1 CONFERENCE

I hereby certify that this document will be filed through the electronic filing system of the Court, which system will serve Plaintiffs, and that I have consulted with Plaintiff Stylianos, who is Plaintiff Dem's counsel, regarding this Motion, on this seventh day of September 2020.

        */s/ Anita Johnson*
        Assistant United States Attorney